UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCK FINTEK LLC, | ) |
| Plaintiff, | ) Civil Action No. 25-cv-6986 |
| v. | ) |
| ADORAMA INC., and KITCHEN WINNERS NY INC, | ) |
| Defendants. | ) |

**AMENDED COMPLAINT**

Plaintiff Rock Fintek LLC as and for its Amended Complaint against Adorama, Inc. ("Adorama") and Kitchen Winners NY Inc. ("Kitchen Winners"), alleges as follows:

**Preliminary Statement**

1. This is an action to enforce a settlement reached between the parties in connection with a prior action in this Court styled as: *Kitchen Winners NY INC v. Rock Fintek*, Civil Action No. 22-cv-05276-PAE (the "Settled Action"). On the virtual eve of trial in a highly contested litigation and after significant mediation efforts by the Court, the parties reached a binding settlement on all material terms of the dispute in the Settled Action and reported the matter as settled to the Court. For confidentiality reasons and other reasons consistent with discussions with the Court at settlement conferences, Rock Fintek did not ask the Court in the Settlement Action to retain jurisdiction to enforce the settlement. Unfortunately, Adorama has refused to engage in good faith efforts to paper a formal settlement agreement and has not made any of the agreed-upon payments to Rock Fintek, necessitating the filing of this enforcement action.

**Parties**

2. Rock Fintek LLC is a Delaware limited liability company with its principal business address in Miami Beach, Florida. The sole member of Rock Fintek is an individual who is a citizen of the State of Florida.

3. Defendant Adorama Inc. is a New York corporation with principal places of business located at 1134 53rd Street, Brooklyn, New York 11219 and 42 W 18th St, New York, NY 10011.

4. Defendant Kitchen Winners NY Inc. is a New York corporation with a principal place of business located at 1134 53rd Street, Brooklyn, New York 11219.

**Jurisdiction and Venue**

5. This Court has jurisdiction over this dispute because complete diversity exists under 28 U.S.C. § 1332 and the amount in dispute exceeds $75,000 exclusive of interest and costs.

6. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) and (3) as this action is brought based on a settlement agreement reached in the Southern District of New York and, therefore, a substantial part of the events giving rise to the claims in this lawsuit occurred in this District and each of the Defendants is subject to personal jurisdiction in this District.

**Factual Background**

7. Rock Fintek, Kitchen Winners and Adorama were parties to a hotly contested litigation in the Settled Action arising from transactions between them involving personal protective equipment during the peak of the COVID-19 pandemic.

8. A jury trial in the Settled Action was scheduled to begin on March 10, 2025.

9. By February 28, 2025, after extensive settlement efforts, including an in-person settlement conference before Hon. Paul A. Engelmayer, the parties reached a settlement

agreement.

10. The material agreed-upon terms of the settlement were as follows:

- Adorama to pay $100,000 to Rock Fintek by wire transfer, with $50,000 payable within 3 business days of executing a final agreement, $25,000 in thirty days after the first payment, and $25,000 thirty days after the second payment;

- mutual general releases;

- all claims between the parties to be dismissed with prejudice;

- payment by Adorama to Rock Fintek of $165,000 in the event of a default;

- a mechanism for enforcing the settlement that does not include a confession of judgment by Adorama;

- a seven (7) calendar day cure period for any default payment by Adorama; and standard mutual confidentiality and non-disparagement provisions.

Enclosed as Exhibit A is the email exchange among counsel memorializing the settlement.

11. Following the email exchange set forth in Exhibit A, at 5:27 p.m. on February 28, 2025, the parties reported the case to the Court as settled. *See* Exhibit B (email from counsel to Court reporting settlement).

12. On March 3, 2025 at 2:00 p.m., Judge Engelmayer conducted a conference call with all counsel of record at which time these specific terms of the settlement agreement were reported to the Court.

13. Subsequently, counsel for Rock Fintek drafted a formal settlement agreement incorporating the material settlement terms reached on February 28, 2025. *See* Exhibit C (draft settlement agreement).

14. Since then, Adorama has been evasive, has refused to act in good faith to paper the

settlement reached between the parties, and has taken the unsupported position that no settlement has been reached in the Settled Action.

15. Kitchen Winners has also not signed a formal settlement agreement.

16. Rock Fintek has therefore been forced to file this action to enforce the terms of the settlement reached in the Settled Action, including the payment obligations by Adorama and the releases by Kitchen Winners.

## Count One
(Breach of Contract - Adorama)

17. Rock Fintek repeats and incorporates each of its prior allegations of fact as if repeated in full herein.

18. There is a strong public policy in this Circuit in favor of the settlement of disputes.

19. The settlement reached between the parties as set forth in Exhibit A is a valid and enforceable settlement agreement among Rock Fintek, Kitchen Winners, and Adorama.

20. Rock Fintek has fully or substantially performed its obligations under the settlement agreement.

21. Alternatively, all conditions precedent to Rock Fintek's obligations under the settlement agreement have been satisfied or excused, including by Adorama's failure to perform.

22. As detailed above, Adorama breached the settlement agreement, including but not limited to by failing to paper the settlement terms in a final agreement and by failing to make any of the required payments to Rock Fintek.

23. Adorama's breaches of the settlement agreement have directly and proximately caused significant damages to Rock Fintek, including the settlement payment of $100,000, the additional default payment of $65,000, plus attorneys' fees, and pre- and post-judgment interest.

**Count Two**
(Breach of Contract – Kitchen Winners)

24. Rock Fintek repeats and incorporates each of its prior allegations of fact as if repeated in full herein.

25. There is a strong public policy in this Circuit in favor of the settlement of disputes.

26. The settlement reached between the parties as set forth in <u>Exhibit A</u> is a valid and enforceable settlement agreement among Rock Fintek, Kitchen Winners, and Adorama.

27. Rock Fintek has fully or substantially performed its obligations under the settlement agreement.

28. Alternatively, all conditions precedent to Rock Fintek's obligations under the settlement agreement have been satisfied or excused, including by Adorama's and Kitchen Winners' failures to perform.

29. As detailed above, Kitchen Winners breached the settlement agreement by failing to paper the settlement terms in a final agreement.

30. Rock Fintek is entitled to a declaration and judgment that Kitchen Winners is bound by the terms of the settlement agreement reached between the parties, including the mutual general releases therein.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff Rock Fintek LLC prays for the following relief:

1. That judgment be entered in favor of Rock Fintek on Counts One and Two of this Complaint;

2. that the Court award Rock Fintek damages against Adorama;

3. that the Court declare that Kitchen Winners is bound by the terms of the settlement agreement including the releases in favor of Rock Fintek;

4. that the Court award Rock Fintek its attorneys' fees, costs, expenses, and pre-judgment and post-judgment interest; and

5. that the Court award to Rock Fintek any and all further and other relief to which it may be entitled at law or in equity.

**Rock Fintek Demands a Jury Trial on All Issues So Triable**

Dated:  September 4, 2025                    Respectfully submitted,

/s/Phillip Rakhunov
Phillip Rakhunov
John Yokow
POLLACK SOLOMON DUFFY LLP
48 Wall St 31st Fl
New York, NY 10005
Telephone: (212) 493-3100
Facsimile: (212) 434-0109
prakhunov@psdfirm.com

## Certificate of Service

The undersigned certifies that this document is being served on counsel on all parties via e-mail on September 4, 2025.

/s/Phillip Rakhunov