**EXHIBIT A**

| | |
|---|---|
| **From:** | Avram Frisch |
| **To:** | Phillip Rakhunov; Alexander Sperber |
| **Subject:** | Re: CONFIDENTIAL SETTLEMENT COMMUNICATION; |
| **Date:** | Monday, March 3, 2025 1:34:19 PM |

Correct. My client agrees to enforcement of the settlement agreement, but will not execute a confession of judgment.

Avi

_____

THE LAW OFFICE OF
AVRAM E. FRISCH LLC

Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Monday, March 3, 2025 1:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; Alexander Sperber <asperber@lipsiuslaw.com>
**Subject:** RE: CONFIDENTIAL SETTLEMENT COMMUNICATION;

So there is no confusion, your client does agree to a mechanism for enforcing the settlement that would result in a judgment for $165K against Adorama upon a default, just through a different mechanism. If the Court does not agree to retain jurisdiction, we may have to revisit this issue.

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Monday, March 3, 2025 1:31 PM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>; Alexander Sperber <asperber@lipsiuslaw.com>
**Subject:** RE: CONFIDENTIAL SETTLEMENT COMMUNICATION;

Then we have a deal. As discussed, my client is not agreeing to a confession so we will need to ask the court to retain jurisdiction to enforce the settlement.

Avi

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Monday, March 3, 2025 1:30 PM
**To:** Alexander Sperber <asperber@lipsiuslaw.com>
**Cc:** Avram Frisch <frischa@avifrischlaw.com>
**Subject:** RE: CONFIDENTIAL SETTLEMENT COMMUNICATION;

Alex and Avi, per my discussion with Avi, we agree that the cure period for Adorama in par. 4 below will be seven (7) calendar days.
Thanks,
Phil

---

**From:** Alexander Sperber <asperber@lipsiuslaw.com>
**Sent:** Friday, February 28, 2025 5:26 PM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Cc:** Avram Frisch <frischa@avifrischlaw.com>
**Subject:** Re: CONFIDENTIAL SETTLEMENT COMMUNICATION;

Phil,

Kitchen Winners agrees to the terms, understanding that under the settlement, the parties are each dismissing all of their claims against one another. Kitchen Winners will not be required to make any payments to Rock Fintek, nor will it receive any payments from Rock Fintek. All payments will solely be the responsibility of Adorama.

Best,
Alex

**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**
80-02 Kew Gardens Rd., Suite 1030  | Kew Gardens, NY 11415
Direct: 212.981.8449  |  Main: 212.981.8440 |  Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law.  If you received this e-mail in error, do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.  Thank you.*

On Fri, Feb 28, 2025 at 5:07 PM Phillip Rakhunov <prakhunov@psdfirm.com> wrote:

> Alex, to clarify, the settlement terms include the dismissal of all claims between the parties with prejudice. Thanks,
> Phil
>
> ---
>
> **From:** Phillip Rakhunov
> **Sent:** Friday, February 28, 2025 4:44 PM
> **To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
> **Subject:** CONFIDENTIAL SETTLEMENT COMMUNICATION;
> **Importance:** High
>
> Avi and Alex, here are the agreed upon settlement terms. Please confirm ASAP:
>
> 1. Adorama shall pay $100,000 to Rock Fintek by wire transfer, as follows:
>     a. $50,000 within three (3) business days of the execution of a settlement agreement;
>     b. $25,000 within thirty (30) calendar days after the payment in paragraph 1(a);
>     c. $25,000 within thirty (30) calendar days after the payment in paragraph 1(b).
> 2. Adorama and Kitchen Winners have reached a separate financial agreement between them.
> 3. Adorama shall execute a confession of judgment in favor of Rock Fintek in the amount of $165,000, which counsel for Rock Fintek will hold in escrow pending the performance of Adorama's payment obligations.
> 4. If Adorama defaults on its payment obligations under paragraphs 1 (a)-(c) and fails to cure such default within three (3) business days of email notice of the

> default, Rock Fintek shall have the right to execute on the confession of judgment, set off only by any settlement payments already made.
> 5. Mutual general releases.
> 6. Standard mutual confidentiality and non-disparagement provisions.
> 7. Counsel for Rock Fintek will draft the settlement papers.

Please confirm as soon as possible and I will send the following email to the Court, subject to any edits you may have:

Dear Judge Engelmayer,

I am glad to report that the parties have reached a private confidential settlement among them (different from the mediator's proposal), which has been memorialized in a written term sheet. The settlement will be effective upon the execution of a settlement agreement without any external contingencies. The parties sincerely thank the Court for the mediation effort this week, which led to this settlement, and respectfully request that the trial be taken off the calendar and that Monday's appearance be either adjourned or converted to a remote appearance in light of travel requirements.

Respectfully,

Phil

**Phillip Rakhunov**
**Pollack Solomon Duffy LLP**
Boston – New York
31 St. James Avenue, Suite 940
Boston, MA 02116
617.439.9800
617.960.3118 (direct)
www.psdfirm.com