| | |
|---|---|
| **From:** | Phillip Rakhunov |
| **To:** | Engelmayer NYSD Chambers |
| **Cc:** | John Yokow; Lauren Riddle; asperber@lipsiuslaw.com; Avram Frisch; Yisroel Steinberg |
| **Subject:** | 22cv5276 Kitchen Winners v. Rock Fintek - SETTLEMENT |
| **Date:** | Friday, February 28, 2025 5:26:53 PM |

Dear Judge Engelmayer,

I am glad to report that the parties have reached a private confidential settlement in principle among them (different from the mediator's proposal), which has been memorialized in a written term sheet. The settlement will be effective upon the execution of a settlement agreement without any external contingencies. The parties sincerely thank the Court for the mediation effort this week, which was instrumental to this settlement, and respectfully request that the March 10 trial be taken off the calendar and that Monday's appearance be converted to a remote appearance in light of travel requirements. All parties agree to appear remotely on Monday.  Again, we really appreciate the Court's intervention in this matter.

Respectfully,

Phil


**PHILLIP RAKHUNOV**

**POLLACK SOLOMON DUFFY LLP**

**BOSTON – NEW YORK**

31 St. James Avenue, Suite 940

Boston, MA 02116

617.439.9800

617.960.3118 (direct)

www.psdfirm.com