UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCK FINTEK LLC,<br>　　　　　　　*Plaintiff,*<br><br>　　　　vs.<br><br>ADORAMA INC., and KITCHEN WINNERS NY INC,<br>　　　　　　　*Defendants.* | Civil Action No.<br>1:25-cv-06986-PAE |

# NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the Declaration of Avram E. Frisch dated September 29, 2025, and the exhibits annexed thereto; and upon the accompanying memorandum of law; and upon all the pleadings and prior proceedings had herein, Defendant Adorama Inc. ( "Adorama") will move this Court, before the Honorable Paul A. Engelmayer, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 1305, New York, NY 10007, for an order:

(a) Dismissing the Amended Complaint as it pertains to Adorama; and

(b) Granting as such other and further relief as the Court deems just and proper.

　　　　　　　　　　　　　　　　　THE LAW OFFICE OF AVRAM E. FRISCH LLC
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　By: _/s/ Avram E. Frisch_
　　　　　　　　　　　　　　　　　　　Avram E. Frisch, Esq.
　　　　　　　　　　　　　　　　　　　1 University Plaza, Suite 119
　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　201-289-5352
　　　　　　　　　　　　　　　　　　　frischa@avifrischlaw.com

Dated: October 9, 2025