Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
201-289-5352
frischa@avifrischlaw.com
Attorney for Defendant, Adorama Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

ROCK FINTEK LLC,
Plaintiff,
vs.
ADORAMA INC., and KITCHEN WINNERS NY INC,
Defendants.

Docket No. 1:25-cv-06986-PAE

**DECLARATION OF AVRAM FRISCH IN SUPPORT OF THE MOTION**

-------------------------------------------------------------- x

Pursuant to 28 U.S.C. § 1746, I, Avram Frisch, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Attorney for Defendant Adorama Inc. in this action and make this certification in Support of the motion to dismiss.

2. Annexed hereto as **Exhibit A** are true copies of the emails between the parties prior to the settlement in principal was reached and the notification to the Court.

3. Annexed hereto as **Exhibit B** are true copies of the emails after the March 3, 2025 conference with the Court.

4. Annexed hereto as **Exhibit C** is a true copy of the transcript of the March 3, 2025 conference with the Court.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2025.

*[signature]*
_____
Avram Frisch