**Exhibit B**

 ## 250327 DRAFT Settlement Agreement

**From** Phillip Rakhunov <prakhunov@psdfirm.com>
**Date** Thu 2025-03-27 12:32 PM
**To** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc** John Yokow <jyokow@psdfirm.com>

1 attachment (34 KB)
250327 DRAFT Settlement Agreement.docx;

Avi and Alex,
Attached is a draft settlement agreement for your review. I am contemporaneously sending this to my client and therefore reserve the right to make further edits.
Thanks,
Phil

**PHILLIP RAKHUNOV**
**POLLACK SOLOMON DUFFY LLP**
**BOSTON – NEW YORK**
31 St. James Avenue, Suite 940
Boston, MA 02116
617.439.9800
617.960.3118 (direct)
www.psdfirm.com

 **RE: 250327 DRAFT Settlement Agreement**

**From** Phillip Rakhunov <prakhunov@psdfirm.com>
**Date** Thu 2025-04-03 10:21 AM
**To** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc** John Yokow <jyokow@psdfirm.com>

Morning. Checking in on whether you have any comments. Thanks,
Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, March 27, 2025 12:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** 250327 DRAFT Settlement Agreement

Avi and Alex,
Attached is a draft settlement agreement for your review. I am contemporaneously sending this to my client and therefore reserve the right to make further edits.
Thanks,
Phil

**PHILLIP RAKHUNOV**
**POLLACK SOLOMON DUFFY LLP**
**BOSTON – NEW YORK**
31 St. James Avenue, Suite 940
Boston, MA 02116
617.439.9800
617.960.3118 (direct)
www.psdfirm.com

 Outlook

**Re: 250327 DRAFT Settlement Agreement**

**From** Avram Frisch <frischa@avifrischlaw.com>
**Date** Thu 2025-04-03 10:25 AM
**To** Phillip Rakhunov <prakhunov@psdfirm.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc** John Yokow <jyokow@psdfirm.com>

Has your client approved? I cannot accept your language about sj in lieu of complaint.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Thursday, April 3, 2025 10:21:49 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** RE: 250327 DRAFT Settlement Agreement

Morning. Checking in on whether you have any comments. Thanks,
Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, March 27, 2025 12:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** 250327 DRAFT Settlement Agreement

Avi and Alex,
Attached is a draft settlement agreement for your review. I am contemporaneously sending this to my client and therefore reserve the right to make further edits.
Thanks,
Phil

**PHILLIP RAKHUNOV**
**POLLACK SOLOMON DUFFY LLP**
**BOSTON – NEW YORK**
31 St. James Avenue, Suite 940
Boston, MA 02116
617.439.9800
617.960.3118 (direct)
www.psdfirm.com

 Outlook

**RE: 250327 DRAFT Settlement Agreement**

**From** Phillip Rakhunov <prakhunov@psdfirm.com>
**Date** Thu 2025-04-03 10:26 AM
**To** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc** John Yokow <jyokow@psdfirm.com>

Then we have a problem. Call me please.

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, April 3, 2025 10:26 AM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** Re: 250327 DRAFT Settlement Agreement

Has your client approved? I cannot accept your language about sj in lieu of complaint.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Thursday, April 3, 2025 10:21:49 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** RE: 250327 DRAFT Settlement Agreement

Morning. Checking in on whether you have any comments. Thanks,
Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, March 27, 2025 12:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** 250327 DRAFT Settlement Agreement

Avi and Alex,
Attached is a draft settlement agreement for your review. I am contemporaneously sending this to my client and therefore reserve the right to make further edits.
Thanks,
Phil

**PHILLIP RAKHUNOV**
**POLLACK SOLOMON DUFFY LLP**
**BOSTON – NEW YORK**
31 St. James Avenue, Suite 940

Boston, MA 02116
617.439.9800
617.960.3118 (direct)
www.psdfirm.com

 Outlook

**RE: 250327 DRAFT Settlement Agreement**

**From** Phillip Rakhunov <prakhunov@psdfirm.com>
**Date** Fri 2025-04-04 9:43 AM
**To** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc** John Yokow <jyokow@psdfirm.com>

Avi, can you speak at 11:30 this morning? We will be filing a motion to enforce the settlement terms if we cannot resolve the enforcement issue ASAP. Thanks,
Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, April 3, 2025 10:26 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** RE: 250327 DRAFT Settlement Agreement

Then we have a problem. Call me please.

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, April 3, 2025 10:26 AM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** Re: 250327 DRAFT Settlement Agreement

Has your client approved? I cannot accept your language about sj in lieu of complaint.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Thursday, April 3, 2025 10:21:49 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** RE: 250327 DRAFT Settlement Agreement

Morning. Checking in on whether you have any comments. Thanks,
Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, March 27, 2025 12:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** 250327 DRAFT Settlement Agreement

Avi and Alex,

Attached is a draft settlement agreement for your review.  I am contemporaneously sending this to my client and therefore reserve the right to make further edits.
Thanks,
Phil


**PHILLIP RAKHUNOV**
**POLLACK SOLOMON DUFFY LLP**
**BOSTON – NEW YORK**
31 St. James Avenue, Suite 940
Boston, MA 02116
617.439.9800
617.960.3118 (direct)
www.psdfirm.com

 Outlook

**Re: 250327 DRAFT Settlement Agreement**

**From** Alexander Sperber <asperber@lipsiuslaw.com>
**Date** Fri 2025-04-04 11:45 AM
**To** Phillip Rakhunov <prakhunov@psdfirm.com>
**Cc** Avram Frisch <frischa@avifrischlaw.com>; John Yokow <jyokow@psdfirm.com>; Yisroel Steinberg <ysteinberg@lipsiuslaw.com>

Phil,

Has your client approved the draft?

I haven't finished reviewing it yet, but I definitely cannot agree to the non-mutual releases. I am not sure why Rock Fintek's release to Kitchen Winners is contingent upon payment from Adorama.

Also, I cannot agree to a prevailing party provision re: the confidentiality and non-disparagement provisions.

Alex

**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**
80-02 Kew Gardens Rd., Suite 1030 | Kew Gardens, NY 11415
Direct: 212.981.8449 | Main: 212.981.8440 | Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you received this e-mail in error, do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

On Thu, Apr 3, 2025 at 10:26 AM Phillip Rakhunov <prakhunov@psdfirm.com> wrote:

> Then we have a problem. Call me please.
>
> ---
>
> **From:** Avram Frisch <frischa@avifrischlaw.com>
> **Sent:** Thursday, April 3, 2025 10:26 AM
> **To:** Phillip Rakhunov <prakhunov@psdfirm.com>; asperber@lipsiuslaw.com

**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** Re: 250327 DRAFT Settlement Agreement

Has your client approved? I cannot accept your language about sj in lieu of complaint.

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Thursday, April 3, 2025 10:21:49 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** RE: 250327 DRAFT Settlement Agreement

Morning.  Checking in on whether you have any comments. Thanks,

Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, March 27, 2025 12:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** 250327 DRAFT Settlement Agreement

Avi and Alex,

Attached is a draft settlement agreement for your review.  I am contemporaneously sending this to my client and therefore reserve the right to make further edits.

Thanks,

Phil

**PHILLIP RAKHUNOV**

**Pollack Solomon Duffy LLP**

**Boston – New York**

31 St. James Avenue, Suite 940

Boston, MA 02116

617.439.9800

617.960.3118 (direct)

www.psdfirm.com

**RE: 250327 DRAFT Settlement Agreement**

**From** Phillip Rakhunov <prakhunov@psdfirm.com>
**Date** Fri 2025-04-04 11:51 AM
**To** Alexander Sperber <asperber@lipsiuslaw.com>
**Cc** Avram Frisch <frischa@avifrischlaw.com>; John Yokow <jyokow@psdfirm.com>; Yisroel Steinberg <ysteinberg@lipsiuslaw.com>

My client has approved the draft that I circulated previously.
Do you have any other comments?
Frankly, my biggest concern is the enforcement provision as to Adorama.

---

**From:** Alexander Sperber <asperber@lipsiuslaw.com>
**Sent:** Friday, April 4, 2025 11:44 AM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Cc:** Avram Frisch <frischa@avifrischlaw.com>; John Yokow <jyokow@psdfirm.com>; Yisroel Steinberg <ysteinberg@lipsiuslaw.com>
**Subject:** Re: 250327 DRAFT Settlement Agreement

Phil,

Has your client approved the draft?

I haven't finished reviewing it yet, but I definitely cannot agree to the non-mutual releases. I am not sure why Rock Fintek's release to Kitchen Winners is contingent upon payment from Adorama.

Also, I cannot agree to a prevailing party provision re: the confidentiality and non-disparagement provisions.

Alex

**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**
80-02 Kew Gardens Rd., Suite 1030 | Kew Gardens, NY 11415
Direct: 212.981.8449 | Main: 212.981.8440 | Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you received this e-mail in error, do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

On Thu, Apr 3, 2025 at 10:26 AM Phillip Rakhunov <prakhunov@psdfirm.com> wrote:

Then we have a problem. Call me please.

---

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Thursday, April 3, 2025 10:26 AM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** Re: 250327 DRAFT Settlement Agreement

Has your client approved? I cannot accept your language about sj in lieu of complaint.

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

---

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Thursday, April 3, 2025 10:21:49 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com <asperber@lipsiuslaw.com>
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** RE: 250327 DRAFT Settlement Agreement

Morning. Checking in on whether you have any comments. Thanks,

Phil

---

**From:** Phillip Rakhunov
**Sent:** Thursday, March 27, 2025 12:32 PM
**To:** Avram Frisch <frischa@avifrischlaw.com>; asperber@lipsiuslaw.com
**Cc:** John Yokow <jyokow@psdfirm.com>
**Subject:** 250327 DRAFT Settlement Agreement

Avi and Alex,

Attached is a draft settlement agreement for your review. I am contemporaneously sending this to my client and therefore reserve the right to make further edits.

Thanks,

Phil

**PHILLIP RAKHUNOV**

**POLLACK SOLOMON DUFFY LLP**

**BOSTON – NEW YORK**

31 St. James Avenue, Suite 940

Boston, MA 02116

617.439.9800

617.960.3118 (direct)

www.psdfirm.com