UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCK FINTEK LLC,

                                  Plaintiff,

-v-

ADORAMA INC. *and* KITCHEN WINNERS NY INC.,

                                  Defendants.

25 Civ. 6986 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court directs counsel for all parties to appear at an initial pretrial conference with the Court on **November 14, 2025, at 2:00 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

    The Court directs counsel for all parties to:

- **Confer with each other** prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.

- **Prepare a Civil Case Management Plan and Scheduling Order** in accordance with the Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **November 7, 2025**.

- **Prepare a joint letter**, not to exceed three pages in length, to be submitted to the Court no later than **November 7, 2025**, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), and the history of the case; (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.
- Register as filing users in accordance with the Procedures for Electronic Case Filing prior to the date of the initial pretrial conference.
- **Email to EngelmayerNYSDChambers@nysd.uscourts.gov**, no later than **November 7, 2025**, the names of any counsel who wish to enter an appearance at the conference, and who will be appearing as lead counsel.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

Requests for adjournment may be made only in a writing received no later than two business days before the conference. The written submission must comply with Section 1.E of the Court's Individual Rules. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 22, 2025
       New York, New York