

NEW YORK    BOSTON
www.psdfirm.com

**POLLACK SOLOMON DUFFY LLP**
48 Wall Street, 31st Floor, New York, NY 10005
(212) 493-3100
prakhunov@psdfirm.com

October 31, 2025

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re:    *Rock Fintek LLC v. Adorama, Inc.*, Case No. 22-cv-05276-PAE
             **Motion to Continue the November 14, 2025 Initial Pretrial Conference**

Dear Judge Engelmayer:

This firm represents plaintiff Rock Fintek LLC in the above-captioned matter. Rock Fintek respectfully submits this letter motion to continue the initial pretrial conference currently scheduled for November 14, 2025, or to convert that appearance to a telephonic appearance. Undersigned counsel for Rock Fintek has a surgical procedure scheduled for November 12, 2025, which will require 2-3 days of recovery, and therefore counsel will be unable to attend Court in person on November 14. This procedure has been scheduled since September.

Counsel for all parties assent to the relief sought herein. Counsel have conferred and propose December 11, 2025 as a new date for the initial pretrial conference if that date is available for the Court. No parties will be prejudiced by the relief sought herein.

                        Respectfully submitted,

                        /s/Phillip Rakhunov
                        Phillip Rakhunov

cc:    All counsel of record (via ECF)