UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROCK FINTEK LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 25-cv-6986 |
| ) | |
| v. ) | |
| ) | |
| ADORAMA INC., and ) | |
| KITCHEN WINNERS NY INC, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF PHILLIP RAKHUNOV**

I, Phillip Rakhunov, declare and state as follows:

1. I am a partner at the law firm Pollack Solomon Duffy LLP and counsel of record for Plaintiff Rock Fintek LLC, in the above captioned matter.

2. Attached as **Exhibit 1** hereto is a true and correct copy of an email exchange between me and counsel for Adorama, Inc.

I DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON October 31, 2025:

_/s/ Phillip Rakhunov_
Phillip Rakhunov