| | |
|---|---|
| **From:** | Avram Frisch |
| **To:** | Phillip Rakhunov |
| **Cc:** | Alexander Sperber |
| **Subject:** | Re: RF/Adorama |
| **Date:** | Monday, June 16, 2025 9:41:53 AM |

Well we had no agreement and the court has no jurisdiction to enforce it. I have notified my client of your threat.

Avi

_____



Avram E. Frisch, Esq.

Frischa@avifrischlaw.com

1 University Plaza, Suite 119 Hackensack, NJ 07601

201-289-5352

Fax: 866-883-9690

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Monday, June 16, 2025 9:40 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Alexander Sperber <asperber@lipsiuslaw.com>
**Subject:** RE: RF/Adorama

Avi,
We are filing a motion to enforce this week.  Let me know if you have any objection and what the grounds are if you do.
Thanks,
Phil

**From:** Phillip Rakhunov
**Sent:** Monday, May 12, 2025 12:41 PM
**To:** 'Avram Frisch' <frischa@avifrischlaw.com>
**Cc:** 'Alexander Sperber' <asperber@lipsiuslaw.com>
**Subject:** RE: RF/Adorama

Avi?

**From:** Phillip Rakhunov
**Sent:** Thursday, April 24, 2025 7:52 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Alexander Sperber <asperber@lipsiuslaw.com>
**Subject:** RE: RF/Adorama

Please let them know that I will be instructed soon to bring this back up to Judge Engelmayer's attention for enforcement.
Thanks,
Phil

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Tuesday, April 22, 2025 9:56 AM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Cc:** Alexander Sperber <asperber@lipsiuslaw.com>
**Subject:** Re: RF/Adorama

I have reached out to my client who has not been responsive.

Avi

_____



Avram E. Frisch, Esq.
Frischa@avifrischlaw.com
1 University Plaza, Suite 119 Hackensack, NJ 07601
201-289-5352
Fax: 866-883-9690

**From:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Sent:** Tuesday, April 22, 2025 7:27 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>
**Subject:** RF/Adorama

Avi, I understand you may be dealing with family issues but we need to get this wrapped up.  Let me know when we can speak. Thanks,

Phil

**PHILLIP RAKHUNOV**
**POLLACK SOLOMON DUFFY LLP**
BOSTON – NEW YORK
31 St. James Avenue, Suite 940
Boston, MA 02116
617.439.9800
617.960.3118 (direct)
[www.psdfirm.com](www.psdfirm.com)