

NEW YORK    BOSTON
www.psdfirm.com

POLLACK SOLOMON DUFFY LLP
48 Wall Street, 31ˢᵗ Floor, New York, NY 10005
(212) 493-3100
prakhunov@psdfirm.com

October 31, 2025

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Rock Fintek LLC v. Adorama, Inc.*, Case No. 25-cv-6986-PAE
            **Motion to Continue the November 14, 2025 Initial Pretrial Conference**

Dear Judge Engelmayer:

This firm represents plaintiff Rock Fintek LLC in the above-captioned matter. Rock Fintek respectfully submits this letter motion to continue the initial pretrial conference currently scheduled for November 14, 2025, or to convert that appearance to a telephonic appearance. Undersigned counsel for Rock Fintek has a surgical procedure scheduled for November 12, 2025, which will require 2-3 days of recovery, and therefore counsel will be unable to attend Court in person on November 14. This procedure has been scheduled since September.

Counsel for all parties assent to the relief sought herein. Counsel have conferred and propose December 11, 2025 as a new date for the initial pretrial conference if that date is available for the Court. No parties will be prejudiced by the relief sought herein.

GRANTED IN PART. The Court is unavailable on the date requested by the parties due to a trial. The conference is hereby adjourned to **November 18, 2025 at 2 p.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse. The Court wishes Mr. Rakhunov a speedy recovery from surgery.

SO ORDERED.

Respectfully submitted,

/s/Phillip Rakhunov
Phillip Rakhunov

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Date: November 3, 2025
New York, New York