UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCK FINTEK LLC,

          *Plaintiff*.

v.

ADORAMA INC., and KITCHEN WINNERS NY INC.,

          *Defendants*.

Civil Action No. 25-cv-6986-PAE

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding as counsel for Defendant Kitchen Winners NY Inc. and requests that copies of all notices and other court papers in this action be served upon the undersigned at the address listed below.

Dated: Kew Gardens, New York
        November 3, 2025

**LIPSIUS-BENHAIM LAW LLP**
*Attorneys for Defendant Kitchen Winners NY Inc.*

By: _____
Alexander J. Sperber
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York 11415
Telephone: 212-981-8440
Facsimile: 888-442-0284
asperber@lipsiuslaw.com