UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCK FINTEK LLC,<br><br>　　　　　　　　　　*Plaintiff*.<br><br>　　　　v.<br><br>ADORAMA INC., and KITCHEN WINNERS NY INC.,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 25-cv-6986-PAE |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and upon all the pleadings and prior proceedings had herein, Defendant Kitchen Winners NY Inc. will, and hereby does, move this Court, before the Honorable Paul A. Engelmayer, at a date and time to be set by the Court, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 1305, New York, NY 10007, for an order:

　　(a)　Dismissing Rock Fintek LLC's Amended Complaint as it pertains to Kitchen Winners NY Inc. in its entirety; and

　　(b)　For such other and further relief as the Court deems just and proper.

Dated: Kew Gardens, New York
　　　　November 3, 2025

　　　　　　　　　　　　　　　　　　　**LIPSIUS-BENHAIM LAW LLP**
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Kitchen Winners NY Inc.*

　　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　　　Alexander J. Sperber
　　　　　　　　　　　　　　　　　　　　　　Yisroel Steinberg

80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York 11415
Telephone: 212-981-8440
Facsimile: 888-442-0284
asperber@lipsiuslaw.com
ysteinberg@lipsiuslaw.com
