UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCK FINTEK LLC,<br><br>     *Plaintiff*.<br><br>  v.<br><br>ADORAMA INC., and KITCHEN WINNERS NY INC.,<br><br>     *Defendants*. | Civil Action No. 25-cv-6986-PAE |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding as counsel for Defendant Kitchen Winners NY Inc. and requests that copies of all notices and other court papers in this action be served upon the undersigned at the address listed below.

Dated: Kew Gardens, New York
    November 4, 2025

                **LIPSIUS-BENHAIM LAW LLP**
                *Attorneys for Defendant Kitchen Winners NY Inc.*

            By: _____
              Yisroel Steinberg
              80-02 Kew Gardens Road, Suite 1030
              Kew Gardens, New York 11415
              Telephone: 212-981-8440
              Facsimile: 888-442-0284
              ysteinberg@lipsiuslaw.com