UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCK FINTEK LLC,

                              Plaintiff,

            -v-

ADORAMA INC. *and* KITCHEN WINNERS NY INC.,

                              Defendants.

25 Civ. 6986 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 3, 2025, defendant Kitchen Winners NY Inc. filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by November 24, 2025. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by December 15, 2025, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by November 24, 2025. Defendant's reply, if any, shall be served by December 8, 2025.

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2025
       New York, New York