

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

November 6, 2025

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**<u>Via Electronic Filing</u>**

    Re:    Rock Fintek LLC v. Adorama Inc. et al; 1:25-cv-06986-PAE

Dear Judge Engelmayer:

    This firm represents Adorama, Inc.  I write in regard to Plaintiff's premature request for a pre-motion conference to discuss the filing of a motion for summary judgment.  Adorama has filed a fully briefed motion to dismiss pursuant to R. 12(b)(6) and the Plaintiff appears to be seeking to make a motion for summary judgment on the same basis as it has opposed the motion to dismiss.  As Adorama believes that the motion to dismiss will be granted, there is no reason to waste further resources to engage with a motion for summary judgment that is largely dependent on the same analysis.

    Notably, the Defendants have not yet even answered the amended complaint, and as such there are potentially other issues which might be raised should the case continue.  Furthermore, the Court has before it on the motion to dismiss record, all of the communications leading up to the disputed settlement agreement.  The only additional items that might be submitted on a motion for summary judgment would be affidavits of counsel with testimony that will certainly be conflicting and contain clear disputes of fact.  For these reasons, the Court should deny the application.  If the Court is inclined to hold a premotion conference, we would ask that it be consolidated with the conference currently scheduled for November 17.

    Very truly yours,

    Avram E. Frisch

Cc: All Counsel


