

NEW YORK    BOSTON
www.psdfirm.com

**POLLACK SOLOMON DUFFY LLP**
48 Wall Street, 31st Floor New York, NY 10005
617-439-9800
prakhunov@psdfirm.com

November 11, 2025

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:   *Rock Fintek LLC v. Adorama, Inc.*, Case No. 25-cv-6986-PAE

**Joint Letter in Advance of November 18, 2025 Initial Conference**

Dear Judge Engelmayer:

    This firm represents plaintiff Rock Fintek LLC ("Rock Fintek") in the above-captioned matter. Rock Fintek respectfully submits this letter on behalf of all parties in advance of the November 18, 2025 Initial Conference.

*Brief Description of the Case*

    Rock Fintek brought this claim to enforce the settlement reached in a prior action in this Court styled as: *Kitchen Winners NY Inc. v. Rock Fintek*, Civil Action No. 22-cv-05276-PAE. Rock Fintek believes the settlement is enforceable under New York law because the parties agreed on all material terms and reduced those terms to writing in the form of email exchanges between counsel. Adorama and Kitchen Winners have taken the position that the settlement is unenforceable because the parties have not agreed on a material term, namely the specific enforcement mechanism.

*Contemplated Motions*

    All parties have appeared in this action through counsel.

    Adorama and Kitchen Winners have moved to dismiss this action. Rock Fintek has submitted a pre-motion letter seeking leave to file a motion for summary judgment to enforce the settlement.

*Settlement Prospects*

    At this time, the parties do not believe that settlement prospects are viable.

                                  Respectfully submitted,
                                    */s/Phillip Rakhunov*
                                    Phillip Rakhunov

cc: Alexander J. Sperber
Lipsius-Benhaim Law LLP
*Counsel for Kitchen Winners NY Inc.*

Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
*Counsel for Adorama, Inc.*