UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCK FINTEK LLC,

                              Plaintiff,

-v-

ADORAMA INC. *and* KITCHEN WINNERS N.Y. INC.,

                              Defendants.

25 Civ. 6986

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      For the reasons stated on the record at today's conference, the Court expects the parties to file a signed settlement agreement on the docket of this case by **Friday, November 21, 2025 at 5:00 p.m.**, which will enable the Court to retain jurisdiction over the agreement. The Court hereby stays all other deadlines.

      If the parties fail to file a settlement agreement by Friday, counsel are directed to appear for a conference on **Monday, November 24, 2025 at 4:00 p.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: November 18, 2025
          New York, New York