UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCK FINTEK LLC,

                        Plaintiff,

-v-

ADORAMA INC. *and* KITCHEN WINNERS INC,

                        Defendants.

25 Civ. 6986

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Today, the parties filed a signed settlement agreement on the docket of this case. Dkt. 32. Consistent with the discussion on the record at the November 18, 2025 conference, the Court will retain jurisdiction for the purposes of enforcing this settlement agreement.

    The conference previously scheduled for November 24, 2025 is hereby adjourned, and the Clerk of Court is respectfully directed to terminate all motions and deadlines and to close this case.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: November 21, 2025
         New York, New York